(95 South. 6)

## STATE et al. v. FIRST PRESBYTERIAN CHURCH. (6 Div. 797.)

(Supreme Court of Alabama. Jan. 11, 1923.)

Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge.

Action by the State of Alabama and Jefferson County against the First Presbyterian Church to recover taxes. Judgment for defendant, and plaintiffs appeal. Reversed and remanded.

Harwell G. Davis, Atty. Gen., for appellants.
W. H. Woolverton, of Birmingham, for appellee.

GARDNER, J. This case is ruled by State of Alabama and Jefferson County v. Church of the Advent (Ala. Sup.) 95 South. 3,[1] this day decided, and upon the authority of that case the judgment is reversed, and the cause remanded.

Reversed and remanded.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.